# William Cody Associates, Inc.

www.WilliamCodyAssociates.com
6252 209th Road, Live Oak, FL 32060
305.984.0575 phone  386.658.1257 fax

**Services Offered:**
**Pre-Litigation Inspections**
**Rule 34 Inspections**
**Courtroom Testimony**                              December 10, 2010

## Statement:

**To:**                               **For:**
**Anthony J. Brady, Esq.**            North Wildwood
                                       Lasky and Hammill

| UNIT | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 10 hr. | Formal Inspection | 150.00 | 1500.00 |
| 8 hr. | Report Preparation | 150.00 | 1200.00 |
| 2 hr. | Research | 150.00 | 300.00 |
| 1.5 hr. | Cost Estimates and Solutions | 150.00 | 225.00 |
| 3 hr. | Travel | 75.00 | 225.00 |
| | | Sub-Total | $3450.00 |

| UNIT | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 2 hr. | Supplementary Inspection | 150.00 | 300.00 |
| 4 hr. | Report Preparation | 150.00 | 600.00 |
| 1 hr. | Solutions | 150.00 | 150.00 |
| 3 hr. | Travel | 75.00 | 225.00 |
| | | Sub-Total | $1275.00 |

**Page 2 - North Wildwood Invoice**

| UNIT | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 43 hr. | Formal Inspection | 150.00 | 6450.00 |
| 25 hr. | Report Preparation | 150.00 | 3750.00 |
| 6 hr. | Cost Esimates and Solutions | 150.00 | 900.00 |
| 8 hr. | Travel | 75.00 | 375.00 |
| | Hotel 1 week | | 650.00 |
| | Car Rental 1 Week | | 460.00 |
| | Total | | $12585.00 |

| UNIT | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 4 hr. | Inspection of Beach Elements | 150.00 | 600.00 |
| 2 hr. | Verbal report | 150.00 | 300.00 |
| 3 hr. | Travel | 75.00 | 225.00 |
| | Total | | $1125.00 |

**Grand Total $18435.00**